UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                     :

S.N. and W.A., *individually and on behalf of M.N.,* :
*their minor child*,

                              Plaintiffs,  :         23 Civ. 6644 (LGS)
                                       :

                 -against-             :              ORDER
                                       :

NEW YORK CITY DEPARTMENT OF     :
EDUCATION,                     :
                           Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Court has been informed that the parties have reached a settlement in

principle in this case.  Accordingly, it is hereby

      **ORDERED** that this action is dismissed without costs and without prejudice to restoring

the action to the Court's calendar, provided the application to restore the action is made within

thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date

of this Order may be denied solely on that basis.  Any pending motions are **DENIED** as moot,

and all conferences and deadlines are **CANCELLED**.

Dated:  November 7, 2023
       New York, New York

                                 **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**